ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

CHRISTIAAN H. HIGHSMITH (CABN 296282)
Assistant United States Attorney

MATTHEW CHOU (CABN 325199)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7368
    FAX: (415) 436-7027
    christiaan.highsmith@usdoj.gov
    matthew.chou2@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. 21-cr-00310-003 JD |
|---|---|
| Plaintiff, | ) **STIPULATION AND [PROPOSED] ORDER SETTING STATUS CONFERENCE ON STATUS OF DEFENSE COUNSEL AND PRETRIAL SCHEDULE** |
| v. | ) |
| SIMON KATZ, | ) |
| Defendant. | ) |

On August 19, 2024, the Court set trial to start on December 2, 2024 and ordered the parties to meet and confer on a pretrial schedule. Dkt. 165. But as defense counsel for Simon Katz noted to the Court, and has since reiterated to the government, counsel plans to file a motion to withdraw. The parties wish to determine the status of counsel as soon as possible.

Accordingly, counsel for the United States and counsel for Simon Katz jointly request that this Court set Mr. Katz for a status conference on the Court's criminal calendar on Monday, October 21, 2024. The parties propose that the Court address (1) who will represent Mr. Katz at trial; and (2) the pretrial schedule.

//

IT IS SO STIPULATED.

DATED:       October 7, 2024                    Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

/s/
CHRISTIAAN H. HIGHSMITH
Assistant United States Attorney
MATTHEW CHOU
Special Assistant United States Attorney

DATED:       October 7, 2024

/s/
SHAWN HALBERT
Counsel for Defendant Simon Katz

## [PROPOSED] ORDER

For the reasons stated above by the parties, the Court sets a status conference on the Court's criminal calendar on Monday, October 28, 2024 at 10:30 AM.

**IT IS SO ORDERED.**

DATED: October 9, 2024

_____
HONORABLE JAMES DONATO
UNITED STATES DISTRICT JUDGE