UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>            Plaintiff,<br><br>     v.<br><br>SIMON KATZ,<br><br>            Defendant. | Case No.  21-cr-00310-JD-3 (SK)<br><br>**INITIAL ORDER RE: APPOINTMENT OF COUNSEL UNDER THE CRIMINAL JUSTICE ACT** |

Simon Katz is a defendant in this criminal matter.  The Court has found that Defendant is eligible for appointment of counsel under the Criminal Justice Act and is financially capable of making partial payment for this representation.

The Court ORDERS that Defendant Simon Katz shall pay $3,000 per month towards the cost of representation.  Payment is due on the first day of each month, beginning May 1, 2025, until the case is concluded or until further order of Court.  The check shall be made payable to "Clerk, United States District Court," mailed to United States District Court, Attn: Clerk's Office, 450 Golden Gate Avenue., San Francisco, CA  94102, and reference the above case number.

At the conclusion of the matter, a hearing shall be conducted to determine whether Defendant shall reimburse the United States District Court for the Northern District of California for any additional parts of the cost of court-appointed counsel.

**IT IS SO ORDERED**.

Dated: March 26, 2025



SALLIE KIM
United States Magistrate Judge