SHAWN HALBERT
California SBN 179023
Law Offices of Shawn Halbert
217 Leidesdorff Street
San Francisco, California 94111
Telephone: (415) 515-1570
shawn@shawnhalbertlaw.com

Attorney for Defendant
SIMON KATZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>SIMON KATZ,<br><br>Defendant. | CASE NO. 3:21-cr-00310-JD-003<br><br>**STIPULATION AND ORDER CONTINUING SENTENCING DATE TO NOVEMBER 2, 2026 AT 11:00 a.m.**<br><br>Court: Courtroom 11 – 19th Floor<br>Judge: Hon. James Donato |

The parties hereby stipulate as follows:

1. Simon Katz's sentencing date is currently set for October 19, 2026 at 11:00 a.m.
2. As undersigned defense counsel stated when the sentencing hearing is set, she will be in trial on that date. However, it was not feasible for U.S. Probation to complete its investigation two weeks earlier such that the sentencing would be before the trial starts. Defense counsel's trial before Chief Judge Gonzalez Rogers begins on October 13, 2026 and is expected to last for up to six weeks. November 2, 2026 is a dark day for that trial.
3. The parties and the Court are all available on November 2, 2026.

4. Based on the above, the government stipulates to continuing Mr. Katz's sentencing date to November 2, 2026 at 11:00 a.m.

Dated: September 9, 2026

/s/___________________________
SHAWN HALBERT
Counsel for Simon Katz

Dated: September 4, 2026

CRAIG H. MISSAKIAN
United States Attorney

______/s/_________________________
CHRISTIAAN H. HIGHSMITH
KEVIN YEH
Assistant United States Attorneys

ORDER

For good cause shown, IT IS HEREBY ORDERED that the sentencing date for defendant Simon Katz shall be continued from October 19, 2026 at 11:00 a.m. to November 2, 2026 at 11:00 a.m.

IT IS SO ORDERED.

Dated: September 9, 2026

Honorable James Donato
United States District Court